UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ADREANNA CAFFERO,<br><br>            Plaintiff,<br><br>     v.<br><br>SPECIALIZED LOAN SERVICING LLC, a business entity; FAY SERVICING, LLC, a business entity; and DOES 1-25, inclusive.<br><br>            Defendant. | No. 2:20-cv-01945-WBS-KJN<br><br>ORDER RE: PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER |

----oo0oo----

Plaintiff Adreanna Caffero ("plaintiff") filed this action against defendants Specialized Loan Servicing, LLC ("SLC") and Fay Servicing, LLC ("Fay Servicing") on September 28, 2020, alleging violations of 12 C.F.R. § 1024.32, 12 C.F.R. § 1024.39, negligence, and violations of California Business & Professions Code § 17200 for unfair competition including fraudulent business acts or practices. (See generally Compl.) (Docket No. 1.)

On September 29, 2020, plaintiff filed an ex parte

1

1   application for a temporary restraining order to enjoin the
2   trustee's sale of the property at 6150 T Street, Sacramento, CA,
3   95817, which was set for October 2, 2020.  (See Ex Parte
4   Application for Temporary Restraining Order ("TRO Application")
5   (Docket No. 4).)
6              The court held a hearing on plaintiff's application for
7   a temporary restraining order on September 30, 2020.  Sarah
8   Shapero appeared on behalf of plaintiff and Edward A. Treder
9   appeared on behalf of defendant Fay Servicing.  Mr. Treder agreed
10  on behalf of defendant Fay Servicing that the sale of the
11  property will be postponed until the court rules upon a motion
12  for preliminary injunction.
13             Plaintiff's counsel represented that the motion for
14  preliminary injunction would only be brought against defendant
15  Fay Servicing and not against defendant Specialized Loan
16  Servicing, LLC.  Therefore, the application for a temporary
17  restraining order is MOOT, and the court ORDERS as follows:
18             1.   On or before October 5, 2020, plaintiff shall file
19  her Motion for Preliminary Injunction with all necessary
20  supporting documents;
21             2.   Defendant Fay Servicing shall file its opposition
22  to that motion on or before October 19, 2020;
23             3.   Plaintiff may file a reply on or before October
24  26, 2020; and
25             4.   The court will hear the motion for preliminary
26  injunction on November 4, 2020 at 10:00 AM.
27  ///
28  ///

2

1  IT IS SO ORDERED.

3  Dated:   September 30, 2020

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE