Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone: (415) 293-7995
Facsimile: (415) 358-4116

Attorney for Plaintiff,
ADREANNA CAFFERO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADREANNA CAFFERO<br><br>Plaintiff,<br>v.<br>SPECIALIZED LOAN SERVICING, LLC, a business entity; FAY SERVICING, LLC, a business entity; and DOES 1-25, Inclusive<br><br>Defendants. | Case No.: 2:20-cv-01945-WBS-KJN<br><br>**ORDER** |

　　Based upon the joint stipulation of the Parties and good cause appearing, the Court hereby continues Plaintiff's Motion for Preliminary Injunction from November 4, 2020 to December 14, 2020 at 10:00 AM.

　　Defendant Fay Servicing, LLC shall file its written opposition on or before November 30, 2020. Plaintiff may file a reply on or before December 7, 2020. Defendant Fay Servicing has agreed to voluntarily postpone the Trustee's Sale of the subject property until after the hearing on Plaintiff's Motion for Preliminary Injunction.

　　**IT IS SO ORDERED.**

Dated: October 20, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE