Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone:  (415) 293-7995
Facsimile:  (415) 358-4116

Attorney for Plaintiff,
ADREANNA CAFFERO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADREANNA CAFFERO<br><br>Plaintiff,<br>v.<br>SPECIALIZED LOAN SERVICING, LLC, a business entity; FAY SERVICING, LLC, a business entity; and DOES 1-25, Inclusive<br><br>Defendants. | Case No.:  2:20-cv-01945-WBS-KJN<br><br>**ORDER**<br><br>Date:     December 14, 2020<br>Time:    10:00 am<br>Dept:     Courtroom 5, 14th floor |

Based upon the joint stipulation of the Parties and good cause appearing, the Court hereby continues Plaintiff's Motion for Preliminary Injunction from December 14, 2020 to **January 25, 2021 at 1:30 p.m.** Defendant's opposition shall be filed by January 11, 2021. Plaintiff's reply shall be filed by January 19, 2021.  The Scheduling Conference is continued from January 19, 2021 to **March 15, 2021 at 1:30 p.m.** A joint status report shall be filed no later than March 1, 2021.

**IT IS SO ORDERED.**

Dated:  December 2, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE