1  Sarah Shapero (Bar No. 281748)
   SHAPERO LAW FIRM
2  One Market, Spear Tower, 36th Floor
   San Francisco, California 94105
3  Telephone:   (415) 293-7995
   Facsimile:    (415) 358-4116
4
   Attorney for Plaintiff,
5  ADREANNA CAFFERO

6

7                    **UNITED STATES DISTRICT COURT**

8              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 ADREANNA CAFFERO                          Case No.:  2:20-cv-01945-WBS-KJN

                   Plaintiff,               **STIPULATION AND ORDER STAYING**
11 v.                                       **LITIGATION BETWEEN PLAINTIFF**
                                            **ADREANNA CAFFERO AND**
12 SPECIALIZED LOAN SERVICING, LLC, a       **DEFENDANT SPECIALIZED LOAN**
   business entity; FAY SERVICING, LLC, a   **SERVICING, LLC**
13 business entity; and DOES 1-25, Inclusive

14                 Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    IS HEREBY STIPULATED AND AGREED by Plaintiff ADEANNA CEFFERO

2    ("Plaintiff") on one hand, and Defendant SPECIALIZED LOAN SERVICING, LLC ("SLS")

3    (together, "Parties") on the other, by and through their respective counsel, that:

4    WHEREAS, Plaintiff, instituted this action by the filing of a Complaint on or about

5    September 28, 2020;

6    WHEREAS, SLS filed its Answer to Plaintiff's Complaint on November 6, 2020;

7    WHEREAS, SLS is a prior servicer for the loan that is the subject of this lawsuit;

8    WHEREAS, Plaintiff and Defendant Fay Servicing, LLC, previously entered into a

9    Stipulation to Stay Litigation (Doc. 22) stating as follows:

10    1.    A title problem exists relative to the subject property as follows.  Geneva Oldham

11    died on January 21, 2017.  Her daughter, Pamela Lee Oldham died on January 6, 2013. Plaintiff

12    is one of two adult children of Pamela Lee Oldham. Monthly payments on the first trust deed

13    loan are in longstanding default. Plaintiff and her sister are contingent co-beneficiaries of the

14    Oldham Trust. However, record title to the subject real property has never been formally

15    transferred into their names.

16    2.    Since there is no living successor trustee who can convey title, Plaintiff started a

17    probate action to administer the trust estate and obtain fee simple title. Thereafter, Plaintiff and

18    Fay Servicing, LLC, anticipate undergoing a loss mitigation review process.

19    WHEREAS, based on the period anticipated for the resolution of the title issue and loss

20    mitigation process between Plaintiff and Fay Servicing, LLC, the Parties likewise agree this case

21    should be stayed between them for no less than six (6) months. The Parties further agree that a

22    stay of the instant matter will not result in damages, prejudice, or hardship to any party and is

23    likely to save the Court and Parties significant resources, including fees, costs, and time which

24    would surely be expended if litigation were required to continue.

25    WHEREAS, the Parties, having met and conferred on the issues and believe that the stay

26    requested herein is appropriate.

27    WHEREAS, any party may file a written motion to lift stay at any time if either party

28    determines it appropriate, and either party may file an opposition to the motion within fourteen

1    (14) calendar days after the written motion is filed with the Court

2

3                               **STIPULATION**

4            The Parties, by and through their counsel of record hereby STIPULATE and AGREE to

5    stay proceedings, in the above-captioned Court.

6

7
     Dated: January 22, 2021              HOLLAND & KNIGHT LLP
8
                                          /s/ Danielle M. Mayer
9                                         _____
10                                        Danielle M. Mayer
                                          Attorneys for Defendant
11                                        SPECIALIZED LOAN SERVICING, LLC

12
     Dated: January 28, 2021              SHAPERO LAW FIRM
13
                                          /s/ Sarah Shapero
14                                        _____
15                                        SARAH SHAPERO
                                          Attorneys for Plaintiff
16                                        ADREANNA CAFFERO

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Pursuant to the stipulation of the parties and good cause appearing,

IT IS ORDERED THAT:

1.     Litigation between Plaintiff Adreanna Caffero and Defendant Specialized Loan Servicing, LLC, is stayed for a period of 6 months for the purposes of ensuring record title to the subject property is formally transferred to co-beneficiaries of the Oldham Trust and loss mitigation considerations can thereafter occur.  The stay will not result in any prejudice to any Party.

2.     The stay shall elapse no earlier than July 1, 2021.

3.     Any party may file a written motion to lift the stay at any time if either party determines it appropriate, and either party may file an opposition to the motion within fourteen (14) calendar days after the written motion is filed with the Court.

4.     The Scheduling Conference is continued from March 15, 2021 to **<u>September 27, 2021 at 1:30 p.m.</u>**  A joint status report shall be filed no later than **<u>September 13, 2021.</u>**

Dated:  January 28, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER STAYING LITIGATION BETWEEN PLAINTIFF ADREANNA CAFFERO AND
DEFENDANT SPECIALIZED LOAN SERVICING, LLC