Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone:   (415) 293-7995
Facsimile:    (415) 358-4116

Attorney for Plaintiff,
ADREANNA CAFFERO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADREANNA CAFFERO | Case No.:  2:20-cv-01945-WBS-KJN |
| Plaintiff, | **STIPULATION AND ORDER STAYING LITIGATION BETWEEN PLAINTIFF ADREANNA CAFFERO AND DEFENDANTS SPECIALIZED LOAN SERVICING, LLC AND FAY SERVICING, LLC** |
| v. | |
| SPECIALIZED LOAN SERVICING, LLC, a business entity; FAY SERVICING, LLC, a business entity; and DOES 1-25, Inclusive | |
| Defendants. | |

STIPULATION AND ORDER STAYING LITIGATION BETWEEN PLAINTIFF ADREANNA CAFFERO AND DEFENDANTS

IS HEREBY STIPULATED AND AGREED by Plaintiff ADEANNA CEFFERO ("Plaintiff") on one hand, and Defendants FAY SERVICING, LLC ("FAY") and SPECIALIZED LOAN SERVICING, LLC ("SLS") (together, "Parties") on the other, by and through their respective counsel, that:

WHEREAS, Plaintiff, instituted this action by the filing of a Complaint on or about September 28, 2020;

WHEREAS, FAY filed its Answer to Plaintiff's Complaint on October 19, 2020;

WHEREAS, SLS filed its Answer to Plaintiff's Complaint on November 6, 2020

WHEREAS, Plaintiff and Defendant FAY previously entered into a Stipulation to Stay Litigation (Doc. 22) and Plaintiff and Defendant SLS previously entered into a Stipulation to Stay Litigation (Doc. 24)  stating as follows:

1.      A title problem exists relative to the subject property as follows.  Geneva Oldham died on January 21, 2017.  Her daughter, Pamela Lee Oldham died on January 6, 2013. Plaintiff is one of two adult children of Pamela Lee Oldham. Monthly payments on the first trust deed loan are in longstanding default. Plaintiff and her sister are contingent co-beneficiaries of the Oldham Trust. However, record title to the subject real property has never been formally transferred into their names.

2.      Since there is no living successor trustee who can convey title, Plaintiff started a probate action to administer the trust estate and obtain fee simple title. The next hearing date in the probate action (Case No. 34-2021-00303007) is set for October 28, 2021. Thereafter, Plaintiff and Fay Servicing, LLC, anticipate undergoing a loss mitigation review process.

WHEREAS, based on the period anticipated for the resolution of the title issue and loss mitigation process between the Parties, the Parties agree this case should be stayed between them for no less than six (6) months. The Parties further agree that a stay of the instant matter will not result in damages, prejudice, or hardship to any party and is likely to save the Court and Parties significant resources, including fees, costs, and time which would surely be expended if litigation were required to continue.

WHEREAS, the Parties, having met and conferred on the issues and believe that the stay

1   requested herein is appropriate.

2          WHEREAS, any party may file a written motion to lift stay at any time if either party

3   determines it appropriate, and either party may file an opposition to the motion within fourteen

4   (14) calendar days after the written motion is filed with the Court

5

6                                          **STIPULATION**

7          The Parties, by and through their counsel of record hereby STIPULATE and AGREE to

8   stay proceedings, in the above-captioned Court.

9

10  Dated: September 9, 2021              HOLLAND & KNIGHT LLP

11                                         /s/ Andrew Cummings

12                                        _____

13                                         Andrew Cummings
                                           Attorneys for Defendant
14                                         SPECIALIZED LOAN SERVICING, LLC

15  Dated: September 9, 2021              SHAPERO LAW FIRM

16                                         /s/ Sarah Shapero

17                                        _____

18                                         SARAH SHAPERO
                                           Attorneys for Plaintiff
19                                         ADREANNA CAFFERO

20  Dated: September 9, 2021              WRIIGHT FINLAY & ZAK

21                                         /s/ Nicole Dunn

22                                        _____
                                           NICOLE DUNN
23                                         Attorneys for Defendant
                                           FAY SERVICING, LLC
24

25

26

27

28

STIPULATION AND ORDER STAYING LITIGATION BETWEEN PLAINTIFF ADREANNA CAFFERO AND
DEFENDANTS

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing,

IT IS ORDERED THAT:

1.      Litigation between Plaintiff and Defendants is stayed for a period of 6 months for the purposes of ensuring record title to the subject property is formally transferred to co-beneficiaries of the Oldham Trust and loss mitigation considerations can thereafter occur.  The stay will not result in any prejudice to any Party.

2.      The stay shall elapse no earlier than March 1, 2022.

3.      Any party may file a written motion to lift the stay at any time if either party determines it appropriate, and either party may file an opposition to the motion within fourteen (14) calendar days after the written motion is filed with the Court.

4.      The Scheduling Conference is continued from September 27, 2021 to **April 11, 2022 at 1:30 p.m.**   A joint status report shall be filed no later than **March 28, 2022**.

Dated:  September 10, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER STAYING LITIGATION BETWEEN PLAINTIFF ADREANNA CAFFERO AND DEFENDANTS