**WRIGHT, FINLAY & ZAK, LLP**
T. Robert Finlay, Esq., SBN 167280
rfinlay@wrightlegal.net
Olivier J. Labarre, Esq., SBN 264246
olabarre@wrightlegal.net
4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 608-9142

Attorneys for Defendant, Fay Servicing, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADREANNA CAFFERO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, a business entity; FAY SERVICING, LLC, a business entity; and DOES 1-25, Inclusive,<br><br>　　　　　Defendants. | Case No: 2:20-cv-01945-WBS-KJN<br><br>**STIPULATION FOR DISMISSAL OF FAY SERVICING, LLC AND COURT'S RETENTION OF JURISDICTION TO ENFORCE WRITTEN SETTLEMENT; ORDER THEREON** |

　　　　This Stipulation is entered into by Plaintiff ADREANNA CAFFERO ("Plaintiff"), on the one hand, and FAY SERVICING, LLC ("Fay"), on the other, by and through their respective counsel of record, with reference to the following facts:

　　　　A. Plaintiff and Fay have entered into a written settlement agreement fully resolving this Action as between themselves, and calls for this Action to be dismissed with prejudice as to Fay.

-1-
STIPULATION FOR DISMISSAL AND RETENTION OF JURISDICTION

B. Plaintiff and Fay both request that this Court retain jurisdiction to enforce the terms of the written settlement.

NOW, THEREFORE, Plaintiff and Fay stipulate and agree that this Court shall dismiss this Action with prejudice, and that this Court shall retain jurisdiction pursuant to FRCP 41 to enforce the terms of the Parties' written settlement agreement.

Respectfully submitted,

**WRIGHT, FINLAY & ZAK, LLP**

Dated: November 1, 2022          By:   /s/*Olivier J. Labarre*
                                 Olivier J. Labarre, Esq.,
                                 Attorneys for Defendant,
                                 Fay Servicing, LLC


**SHAPERO LAW FIRM**

Dated: November 1, 2022          By:   /s/*Sarah Shapero*
                                 Sarah Shapero, Esq.,
                                 Attorneys for Plaintiff, Adreanna Caffero

**ORDER ON STIPULATION**

Based on the Stipulation of the Parties, and for good cause shown, this Court hereby **ORDERS** that this Action is dismissed with prejudice as to Defendant Fay Servicing, LLC, and this Court shall retain jurisdiction to enforce the terms of the Parties' written settlement pursuant to FRCP 41.

Dated:  November 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE