Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:   (415) 273-3504
Facsimile:    (415) 358-4116

Attorney for Plaintiff,
ADREANNA CAFFERO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADREANNA CAFFERO<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a business entity; FAY SERVICING, LLC, a business entity; and DOES 1-25, Inclusive<br><br>Defendants. | Case No.: 2:20-cv-01945-WBS-KJN<br><br>**ORDER** |

The Court, upon the presentation of the Request for Dismissal with Prejudice filed by Plaintiff, ADREANNA CAFFERO, on January 6, 2023, orders that SPECIALIZED LOAN SERVICING, LLC, is hereby dismissed, with prejudice in this matter.

IT IS SO ORDERED.

Dated: January 10, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -
**REQUEST FOR DISMISSAL**